UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>BRIGIDO RANGEL,<br>        Defendant. | Case No. 15-cr-00579-VC-12<br><br>**ORDER TO SHOW CAUSE** |

      Yarbrough Bros. Towing is ordered to appear in court to explain why it should not be held in contempt for failing to respond to the subpoena served upon it by Mr. Rangel. A hearing on the order to show cause will be held at 9:30 a.m. on Thursday, May 25, 2017 in Courtroom 4, 17th Floor, of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California. Mr. Rangel shall promptly serve a copy of this order and the underlying subpoena on Yarbrough Bros. Towing and shall file a proof of service. If Yarbrough Bros. fully complies with the subpoena before that date, it may file a written request (or ask the parties to file a written request) to lift the order to show cause and vacate the hearing.

      **IT IS SO ORDERED.**

Dated: May 18, 2017

_____
VINCE CHHABRIA
United States District Judge